UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EARLINE SIMONEAUX, VERA SIMS,            :
CAROLYN GWENETT SIMS, BARBARA            :
SINGLETON, CHARLOTTE SKELTON,            :
PATRICIA SMITH, INGRID SMITH, DIANA      :
SMITH, NORMA SMITH-CUSHENBERRY,          :
ELLA SOCHA, LORRAINE SOLOMON, FRED       :
SPAIN, JR., VICTOR SPANO, DEE SPEAR,     :
CHARLES SPENCER, MARY BETH SPIKER,       :
LINDA SPLETTSTOSSER, EVELYN              :
STAFFORD, HENRY STEVENS, SUSAN           :
MICHELLE STRINGER,                       :
                                         :
        Plaintiffs.                      :   Civil Action
v.                                       :   No. 04-11284-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                            One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,              (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.